FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NOV 0 1 2023

KEVIN P. WEIMER, Clerk
By: ~~Deputy Clerk~~

ALISA BETTIS, *an Individual*

CIIVIL ACTION NO.: **1:23 -CV- 5 0 3 0**

Plaintiff,

COMPLAINT FOR DAMAGES FOR:
**DISCRIMINATION, RETALIATION,
WRONGFUL TERMINATION**

JURY TRIAL DEMANDED

v.

MODERNATX, INC. doing business as
MODERNA, INC.

Defendant,

## NATURE OF ACTION

COMES NOW, ALISA BETTIS, *Pro Se* Plaintiff in the above-styled action, hereby submits this Complaint for Damages into the Court record and states the following:

This is an action under Title VII of the Civil Rights Act of 1964, as amended, Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of race and retaliation, and to provide appropriate relief to the Defendant named herein, who has been adversely affected by such practices. As alleged with greater particularity below, the Plaintiff alleges that beginning in and around April 19, 2023, Defendant, Moderna, Inc. began engaging in an ongoing pattern or practice of race discrimination

against the Defendant in violation of Title VII. Plaintiff further alleges that beginning in or around April 19 2023, Defendant subjected Plaintiff to harassment based on race in the form of repeated harassment and intimidation, subjected the Plaintiff to other disparate terms and conditions of employment and retaliated against the Plaintiff for engaging in the protected activities of reporting harassment and opposing discriminatory employment practices.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to section 706(f)(1) and (3) and 707(a) of Title VII of the Civil Rights Act of 1964, as amended, and Section 102 of the Civil Rights Act of 1991 a(1)(2) and b(1), 42 U.S.C. 1981a.

2. The employment practices alleged to be unlawful were committed at the Moderna, Atlanta offices, located at 1115 Howell Mill Rd, Atlanta, Georgia, 30318, within the jurisdiction of the United States District Court for the Northern District of Georgia, Atlanta Division. Venue is proper in this Court.

## PARTIES

3. At all relevant times, Plaintiff, Alisa Bettis, hereinafter referred to as "Plaintiff", was and is a resident of the State of Georgia and currently resides at 2530 Maple Ridge Lane, Cumming, GA 30041. The Plaintiff began her employment with Moderna, Inc. on October 11, 2022, and worked out of the Atlanta facility, located at 1115 Howell Mill Rd, Atlanta, Georgia, 30318, as an Information

Technology (IT) Manager, Global Life Cycle, until her wrongful termination on July 19, 2023.

4.  At all relevant times, Defendant, ModernaTx, Inc., hereinafter referred to as "MODERNA", was and is headquartered at 200 Technology Square, Cambridge, MA 02139 and has continuously been doing business in the State of Georgia, as well as other jurisdictions and has continuously had at least fifteen employees.

5.  Defendant is a pharmaceutical and biotechnology company based in Cambridge, MA that primarily focuses on RNA therapeutics and RNA vaccines, more commonly known for its COVID-19 vaccine, marketed as Spikevax.

6.  At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under sections 701(b), (g), and (h) of Title VII, 42 U.S.C. Section 2000e-(b), (g) and (h).

<u>STATEMENT OF CLAIMS</u>

**COUNT ONE: DEFENDANT SUBJECTED ALISA BETTIS TO HARASSMENT BASED ON RACE**

7.  MODERNA hired Plaintiff in or around October 11, 2022.

8.  Plaintiff was hired as an IT Manager, Global Digital Lifecycle, responsible for leading and maintaining software projects and IT systems. *Refer to Exhibit "A" for Moderna Job Offer letter.*

9.  The qualifications for the IT Manager, Global Digital Lifecycle job are subjective, but industry standards usually require a bachelor's degree and special licenses and certifications in software management.

10. Plaintiff holds a Bachelor of Science degree in Chemical Engineering and a

Master's of Science Degree in Technology.  Plaintiff also holds Software Asset Manager (CSAM), Scrum Master Certified certifications and among others. Plaintiff also has received 8 Honors and Awards within 25 years of IT work experience from Fortune 500 Companies. See Exhibit "B" for Plaintiff Alisa Bettis Resume.

11. From at least October 11, 2022 through in and around May, 2023, Laura Pelosi, hereinafter referred to as "PELOSI" was immediately responsible for oversight and compliance of IT managers and supervised their efforts and day to day activities within the company.

12. From in or around October 11, 2022, PELOSI was Plaintiff's immediate Supervisor.

13. Plaintiff is African American.

14. Beginning in and around April 12, 2023, PELOSI subjected Plaintiff to severe and repeated acts of harassment, including but not limited to:

15. On April 19, 2023, Plaintiff contacted her manager PELOSI - Senior Director, for authorization to access a software program (Microsoft Azure) that Plaintiff needed as a part of a process to do a project that was assigned to her. The software allows Plaintiff to perform maintenance of all users in order to save the company money on software. This function is within Plaintiff's scope of work.  PELOSI told Plaintiff that I could not have access to Azure. PELOSI told Plaintiff in a very aggressive manner, "You are not a manager!"  Plaintiff's title was Global IT Manager.  Plaintiff explained to PELOSI, "that is required as a part of my job".  Plaintiff responded by saying she didn't understand why she was being denied access. Plaintiff informed PELOSI that several non-manager

employees have access.  Plaintiff referenced a contractor employee (Pramod Gaba) and that he has access and he is apart of my software project team in which the Plaintiff leads on daily basis.  All the while PELOSI was screaming over Plaintiff, saying "You are not a manager.  You can't have access and Pramod is a liar and that's the end of that!" and immediately disconnected from the Team Meeting on Plaintiff.  Plaintiff asserts that she was being discriminated against based on PELOSIS's bias and insulting responses. This overly critical and intimidating harassment made Plaintiff's projects difficult to complete due to the lack of resources Plaintiff was denied.  Plaintiff was confused and felt intimidated by PELOSI.

16. On April 21, 2023, Plaintiff reported the experience to HR. Plaintiff contacted Kris Sanders (HR Operations Senior Specialist), hereinafter referred to as "SANDERS", and told her about the incident on April 19, 2023. Plaintiff informed SANDERS that PELOSI had attacked Plaintiff verbally and restricted Plaintiff's ability to do her job by denying her access.  Plaintiff felt unsafe in meetings with PELOSI going forward.  Plaintiff told SANDERS that she felt singled out and ostracized because she is African American and was afraid of this escalating.  SANDERS said this should not be happening and everyone should have the same access level. *Workday Employee Profile Job Title Details attached and made part hereof as Exhibit "C"*. SANDERS informed Plaintiff that she could help with this.  SANDERS asked Plaintiff to email her about this incident with PELOSI.

17. On April 24, 2023, Plaintiff sent an email to SANDERS as requested. Plaintiff also communicated to SANDERS that she wanted to make sure she was following proper protocol by reporting the incident that occurred on April 19,

2023 to PELOSI's Manager, Brice Challamel, hereinafter referred to as "CHALLAMEL".

18. On April 24, 2023, Plaintiff sent a meeting invite to CHALLAMEL (Laura's Manager) to let him know what had taken place between PELOSI and Plaintiff. CHALLAMEL denied Plaintiff's meeting request. *See Exhibit "D" for meeting declined by Challamel.*

## COUNT TWO: THE DEFENDANT RETALIATED AGAINST THE PLAINTIFF FOR EGAGING IN PROTECTED ACTIVITIES IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

19. On April 27, 2023, Plaintiff informed SANDERS that CHALLAMEL declined the meeting request.  SANDERS advised Plaintiff to file a formal grievance claim in regard to the incident that occurred on April 19, 2023.  Plaintiff filed the claim online formally. Plaintiff was given HRC# 0017058.  *See attached copy of the complaint made part hereof as Exhibit "E".*

20. On April 27, 2023, Plaintiff received an email from PELOSI. *See attached copy of email made part hereof as Exhibit "F".*

21. In retaliation for Plaintiff having filed a complaint, PELOSI responded by assigning overly burdensome tasks and setting unrealistic goals and deadlines for performance to Plaintiff.  No other managers were assigned such tasks or given such deadlines.  These extra assignments were not assigned to me until I reached out to PELOSI's manager CHALLAMEL to discuss what had happened between myself and PELOSI on April 19, 2023.

22. On May 2, 2023, I was informed that Amy Virgilio, hereinafter referred to as "VIRGILIO" would be replacing SANDERS as HR Operations Senior Specialist, and that a meeting had been scheduled for later that afternoon.

23. Later that afternoon on May 2, 2023, Plaintiff met with VIRGILIO.  During this meeting, I explained my concerns with VIRGILIO as I had with SANDERS. However, VIRGILIO, unlike SANDERS before her, refused to take my complaints seriously and made me feel as if was delusional. VIRGILIO stated that she did not believe it was retaliation. VIRGILIO further stated, "Based on what I heard from you and Laura Pelosi it doesn't appear to be retaliation or hostile work environment. This simply appears to be a passive aggressive behavior on Laura's part".  Plaintiff asserts that VIRGILIO was protecting PELOSI and was biased as a mediator, in violation of company policy and Title VII of the Civil Rights Act of 1964.

24. As a result of VIRGILIO's unwillingness to take my complaints seriously, PELOSI was emboldened and continued her harassment activities, including but not limited to: mocking the Plaintiff in conversation by asking "Did you acquire your technical knowledge from Google searches?", excluding Plaintiff from team meetings and making disparaging remarks about Plaintiff to other employees.

25. On May 10, 2023, Plaintiff was summoned into a virtual meeting with PELOSI, VIRGILIO and Fred Mitchell, Data Security Officer, hereinafter referred to as "MITCHELL", at which time Plaintiff was unfairly accused of violating security protocol for using my personal email address for communication purposes, although PELOSI and VIRGILIO had also sent emails to the Plaintiff's personal email address. *Refer to Exhibit "G" for Data Security Meeting Request. Refer to Exhibit "H" for Pelosi text message to Plaintiff to check*

*personal email from Amy Virgilio on July 19, 2023.*

26. On or about July 11, 2023, Plaintiff discussed the matter with Camilla Fields, Senior Manager, hereinafter referred to as "FIELDS". In this meeting, FIELDS stated simply, "You know why they are doing this… it is clearly in retaliation for having filed the complaint. Watch your back." FIELDS is also African-American.

27. On July 13, 2023, Plaintiff attended the weekly one-on-one meeting with PELOSI. PELOSII stated, "I want to go over your quarterly Q2 performance review, but before I go over it, I would like for you to review it first". PELOSI then stated, "I will reconnect with you at 12 noon today". At that time PELOSI read the review out loud and asked, "what do you think about it?" Plaintiff responded, stating that her comments and evaluation process were biased and off base. Plaintiff further stated that she refuted

her claims, and that this was Plaintiff's first performance review, and that, "I was new". All the while PELOSI was screaming over me repeating "YOU ARE NOT NEW. " Plaintiff then stated, "Well I will schedule a meeting with Amy Virgilio, myself and you to discuss your performance review. PELOSI then stated, "I don't know what more I can do since your review is so low. Plaintiff informed PELOSI that she would be filing a formal rebuttal of the review.

28. On July 19, 2023, before the Plaintiff was able to have her review rebuttal heard, Plaintiff received a termination notice via email from PELOSI. *See Exhibit "I" for the Q2 Performance Review Rebuttal notification. See attached email termination notice made part hereof as Exhibit "J".*
No other form communication was received to Plaintiff regarding Plaintiff's termination.

29. The Plaintiff is informed and believes, and on that basis alleges, that MODERNA terminated Plaintiff's employment because she complained to Defendant, about discriminatory work conditions based on race at Defendant's facility.

## DISCUSSION

### Overly Critical Supervisors

Every person in the workplace has challenges, struggles and needs mentorship and guidance. However, when the criticism never ends, and it seems that no matter what a person does it never is good enough, it may be because of subtle racial discrimination. It is important that any criticism in a company is uniformly applied to all workers. Reacting too quickly with too harsh of criticism against only those of a different race is a subtle sign of racial discrimination in the workplace.

### Vance v. Ball State University, 133 S. Ct. 2434 (2013)

The standard for employer liability for hostile work environment harassment depends typically on whether or not the harasser is the victim's supervisor. An employer is vicariously liable for a hostile work environment created by a supervisor. In Vance v. Ball State University, 133 S. Ct. 2434 (2013), the Supreme Court rejected in part the EEOC's definition of 'supervisor.' The Court held that an employee is a 'supervisor' if the employer has empowered that employee 'to take tangible employment actions against the victim, *i.e.*, to effect a 'significant change in employment status, such as

hiring, firing, failing to promote, reassignment with significantly different responsibilities, or a decision causing a significant change in benefits." The Court stated that an employer is liable for hostile work environment harassment by employees who are not supervisors if the employer was 'negligent in failing to prevent harassment from taking place.' In assessing such negligence, the Court explained, 'the nature and degree of authority wielded by the harasser is an important factor to be considered in determining whether the employer was negligent.' Also relevant is '[e]vidence that an employer did not monitor the workplace, failed to respond to complaints, failed to provide a system for registering complaints, or effectively discouraged complaints from being filed.'

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with it, from terminating employees on the basis of race.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals regardless of race, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole the Plaintiff, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial.

D. Order Defendant Employer to make whole the Plaintiff by providing compensation for past and future pecuniary losses resulting from the unlawful

employment practices described in the paragraphs above, in amounts to be determined at trial.

E. Order Defendant Employer to make whole the Plaintiff by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in the paragraphs above, including emotional pain, distress, suffering, inconvenience, anxiety, loss of enjoyment of life, and humiliation, in amounts to be determined at trial. *See Exhibit "K" for emotional distress witness statement and Exhibit "L" for emotional distress Therapist statement on behalf of the Plaintiff.*

F. Order Defendant Employer to pay the Plaintiff punitive damages for its malicious and reckless conduct, as described in the paragraphs above, in amounts to be determined at trial.

G. Award the Plaintiff the costs of this action.

H. Grant such further relief as the Court deems just and proper in the premises.

<u>JURY TRIAL DEMANDED</u>

The Plaintiff requests a jury trial on all questions of fact raised by its complaint.

DATED: THIS _____DAY OF November, 2023.

Respectfully submitted,

ALISA BETTIS, *PROSE* PLAINTIFF
2530 Maple Ridge Lane
Cumming, Georgia 30041
Tel: (470) 630-4815
Email: contactlisa30@gmail.com

## VERIFICATION

I, Plaintiff, ALISA BETTIS, having been duly sworn under penalty of perjury, deposes and says that I am over the age of eighteen (18) and mentally competent to testify in this matter and I hereby Certify that the facts set forth in this Complaint and in paragraphs 1 through 29 are true and correct to the best of my knowledge.

This 1st day of November, 2023

_____
ALISA BETTIS, *PROSE* PLAINTIFF
2530 Maple Ridge Lane
Cumming, Georgia 30041
Tel: (470) 630-4815
Email: contactlisa30@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the

Complaint for Damages upon the following party and their counsel of record via U.S.

mail addressed as follows:

MODERNATX, INC.
MODERNA, INC.
200 TECHNOLGY SQUARE
CAMBRIDGE, MA 02139

MODERNATX, INC.
MODRNA, INC.
1115 HOWELL MILL RD
ATLANTA, GA 30318

This 1st Day of November, 2023

ALISA BETTIS, *PROSE PLAINTIFF*
2530 Maple Ridge Lane
Cumming, Georgia 30041
Tel: (470) 630-4815
Email: contactlisa30@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALISA BETTIS, *an Individual*

      Plaintiff,

v.


MODERNATX, INC. doing business as
MODERNA, INC.


      Defendant,


## Plaintiff Exhibit List

| Exhibit Letter | Description of Exhibits | Marked for I.D. | Received In Evidence | Witness | Exhibits Sent Into Jury (Date & Time) |
|---|---|---|---|---|---|
| A | Moderna Job Offer Letter | | | | |
| B | Alisa Bettis Resume | | | | |
| C | Workday Employee Profile Job Title | | | | |
| D | Meeting Declined by Brice Challamel | | | | |
| E | HR Compliant Number 0017058 | | | | |
| F | Pelosi Retaliation Email | | | | |
| G | Data Security Meeting Request | | | | |
| H | Pelosi text message to Plaintiff to check personal email from Amy Virgilio | | | | |
| I | Q2 Performance Review Rebuttal | | | | |
| J | Termination Email Notification | | | | |
| K | Emotional Stress Witness Statement | | | | |
| L | Emotional Stress Therapist Statement | | | | |
| | | | | | |

<u>Plaintiff Exhibit A</u>

Moderna Job Offer Letter

DocuSign Envelope ID: 12B5B2E4-EDFE-4CC1-8AEF-C81D133CF4E4

 moderna

200 Tech Square • Cambridge, MA 02139<br/>phone 617-714-6500 • fax 617-583-1998

**ISSUED ELECTRONICALLY VIA WORKDAY**

November 1, 2022

**Alisa Bettis**
**2530 Maple Ridge Lane**
**Cumming, Georgia 30041**

Re:    **Offer of Employment with Moderna**

**Dear Alisa:**

On behalf of Moderna (ModernaTx, Inc. or, alternatively, one of its US-based subsidiaries to which you may be assigned, hereafter "Moderna" or the "Company"), it is my privilege to offer you the opportunity to join our mission: to boldly, curiously, and relentlessly deliver on the promise of mRNA technology to transform the lives of patients. We are confident that, as you leverage our Moderna Mindsets to help build and grow the best possible version of Moderna, you will experience challenge, satisfaction, collaboration, and opportunity for professional and personal growth.

**Role and Start Date:** You will join Moderna in the position of Manager, Global Digital Lifecycle as a regular, full-time employee. Your first day of employment will be on October 11, 2022 (the "Start Date") and your regular place of work will be the company's offices in Atlanta, Georgia.

**Moderna Total Rewards:** As a Moderna employee, you are eligible for a meaningful total compensation and rewards program, inclusive of:

**Base Compensation:** You will be paid an annualized base salary of USD$145,000 at the rate of USD$5,576.92 bi-weekly. Your salary is subject to deductions and withholdings as required by law. As a salaried, exempt employee, you will not be eligible for overtime payments.

**Sign On Cash Bonus:** If you accept this offer, you will receive a one-time gross sign-on payment of $30,000 (the "Sign On Bonus") within thirty (30) days following the Start Date (the "Payment Date") unless you give notice of your resignation, resign, or your employment terminates for any reason prior to the Payment Date. If you resign for any reason or are terminated by the Company for Cause (as defined below), both within one (1) year of the Payment Date, you will be required to and agree to repay the Company for the total net amount of the Sign On Bonus within one week of your separation date, and to the maximum extent permitted by law, you authorize the Company to deduct any owed Sign On Bonus as a valid set-off from your final wages, any accrued and unused vacation pay, bonus, outstanding expense reimbursement, and/or any other payments or compensation owed to you by the Company. For purposes of this section, "Cause" means one or more of the following events, as determined in the Company's reasonable discretion: (i) your failure to perform or negligence in performing (other than by reason of disability or death) your duties and responsibilities as a Company employee; (ii) your failure to comply with the requirements of the Company's Code of Conduct or any other Company standards, policies, or practice(s) regarding acceptable workplace conduct; (iii) a breach by you of any provision of this offer letter (including its Exhibit A) or any of the other agreements you may have with the Company; (iv) your conviction of, or the entry of a pleading of guilty or nolo

Page 1 of 5

Plaintiff Exhibit A

Moderna Job Offer Letter

DocuSign Envelope ID: 12B5B2E4-EDFE-4CC1-8AEF-C81D133CF4E4



200 Tech Square • Cambridge, MA 02139
phone 617-714-6500 • fax 617-583-1998

contendere to, any crime involving fraud or embezzlement or any felony; or (iv) any form of fraudulent conduct.

**Benefits:** Moderna is proud to provide you with a comprehensive suite of innovative health and wellbeing benefits to support our diverse and multigenerational workforce. As a regular employee working over 20 hours per week, you will be eligible for various employee benefit programs offered to Company employees in comparable positions in line with the eligibility requirements and other terms of the Company's benefit plans and/or policies. These benefits currently include paid vacation and sick time, group medical and dental insurance, group life insurance, short and long-term disability insurance, and a 401(k) plan with a Company match, along with many other wellness benefits. The eligibility requirements and other information regarding these benefits are set forth in the Company's Summary of Benefits and more detailed documents available from the Company. With the exception of the "employment at will" policy below, Moderna may, from time to time in its sole discretion, modify the benefits offered to employees and any associated plans or policies. Where a benefit is subject to a formal plan (for example, medical insurance or life insurance), eligibility to participate in and receive such benefit is controlled solely by the applicable plan document.

**Annual Performance Bonus Program:** Employees at Moderna work hard and are well rewarded for their performance. To that end, you will be eligible to participate in the Company's annual performance bonus program, subject to its terms and conditions, with the potential to earn an annual performance bonus at an initial target level of 15% of your then annual base compensation. Performance bonuses under the Company's annual performance bonus program are subject to the Company's sole discretion based upon multiple factors, including but not limited to the Company's performance, overall business conditions, and your individual performance and likelihood of continued employment, which means that any annual performance bonus could be higher, lower, or equivalent to the target bonus amount. The components of the Company's annual incentive bonus program are subject to periodic review and adjustment. If your Start Date with the Company is between January 1 and the first Monday of October of this year, you will be eligible to earn an annual incentive bonus payment for this year prorated to your length of employment during this calendar year. If your Start Date is after the first Monday of October this year, you will not be eligible to participate in the annual performance bonus program until the next calendar year. You must be actively employed by the Company at the time annual performance bonus awards are distributed to employees in your role to be eligible to receive an annual performance bonus award. Annual performance bonus awards are typically paid on or before March 15 of the calendar year following the bonus eligibility year.

**New Hire and Long-Term Incentive Equity Program:** As an additional incentive for you to join the Company and to contribute to its long-term growth, you will be eligible to participate in both new hire and annual long-term equity incentive award programs. Subject to approval by the Company's Board of Directors (the "Board") and the Company's parent entity, you will be granted a new hire long-term equity award equivalent to a total value of $45,000 (the "New Hire Equity Award") with the effective date of the New Hire Equity Award being the date the grant is approved by the Board (the "Grant Date"). The New Hire Equity Award is subject to our "Your Equity Selection" (YES) program. You may choose to have your award delivered to you in one of the following mixes of Non-Qualified Stock Options and/or Restricted Stock Units: 100% of the value delivered in the form of Non-Qualified Stock Options; 75% of the value delivered in the form of Non-Qualified Stock Options and 25% in value delivered in the form of Restricted

Page 2 of 5

## Plaintiff Exhibit B

## Alisa Bettis Resume

### ALISA BETTIS

Phone: 470-630-4815
Email: contactlisa30@gmail.com

**SUMMARY**

Highly accomplished with proven track record in IT problem-solving and solution delivery. Possess extensive experience in QA software testing, license compliance, data analysis, business analysis and operations. Self-directed, self-motivated and independent worker. Critical thinker who addresses issues quickly and consistently exceeds standards. Looking to take on challenges to continue expanding my technical experience.

**AREAS OF EXPERTISE AND ACCOMPLISHMENT ENCOMPASS**

Project Management, Global agile & virtual teams, Migration, Deployment, Service Delivery, Software Implementation, Data Analysis, Functional / Technical Design, Staff Management, Coaching and Training, Process Reengineering, Operations, Quality Assurance, Graphic Design, Partnerships, 24x7 support, Order Management, Six Sigma & Green Belt, Procurement, Supply Chain, Instructional Design, Knowledge Management, Business Analysis, Requirements Gathering, SDLC Methodology, Helpdesk Management, Change Management, Agile and Waterfall Methodology, Technical Documentation, Technical Operations, Web Development, Communication, Team Building, Customer Service, Strategic Planning, Resource Management, IT Automation, Software Testing, Asset Management, Hardware Asset Management, Software Asset Management, Policy Management, Vendor Management, Shared Services Management

**TECHNICAL SKILLS**

Windows, Siebel, SAP, Brio, Hyperion, Maximo, Active Directory, SharePoint, Citrix, RDP, GroupWise, Flash, Joomla, WordPress, Microsoft (O365, Excel, Access, FrontPage, Project, Visio, PowerPoint, Forms, Power BI Desktop, Azure, MSDN, Visual Studio), Adobe Photoshop, Illustrator, DreamWeaver, SQL, Lotus Developer, Lotus Notes, CMS, Clarity, SAP, Oracle PeopleSoft, Oracle Database, HP Asset Manager (HPAM), ServiceNow, Business Intelligence, One Cloud Computing, VDI, OneSource, Ariba, VMware, Remedy, Rally, Adobe Cloud, MVLS, Workday, Kronos, Shared Service Catalog

**EXPERIENCE**

**Moderna, Digital Technology: Atlanta, GA, USA**
October 2022 – July 2023

**IT Manager**
Develop SAM technical documentation and knowledge based (KB) management on applications and systems.
Build and maintain scalable SAM software asset management business process model architecture designs.
Conduct data integrations and data quality assurance (QA).
Conduct data analysis through ad hoc queries, data modeling, mining and visualizations (dashboards) to stakeholders.
Continuously improve internal processes involving functional and technical resolution methodology.
Develop and provide technical training, direction, insight, guidance and support to my team of Software Support Engineers.
Providing project feedback and helping the team work through challenges.
Lead Daily Standups for the Software Support Engineers to address impendences.
IT Operations: Software approvals, manage queue of issues reported by clients and address escalations.
Identify opportunities for automation within ServiceNow software asset management process workflows.
Design and execute QA tests using scripts that automatically test functionality.
Gather requirements from clients, customers or end-users to develop the best software solutions.
Create and provide application packaging and deployment services.
IT System Administrator: Establish user profiles and privileges. Monitor system resources, usage and installs.
Managed software licenses keys and subscriptions.
Conduct software and hardware purchases in SAP Ariba.

Plaintiff Exhibit B


Alisa Bettis Resume

---

**McKesson, IT Corporate: Alpharetta, GA, USA**
September 2013 – October 2022

**Concurrent Roles:** Senior Software Business Analyst / QA Tester

**Certified Software Asset Manager (Senior Software Licensing Analyst)**
Perform software lifecycle tracking from request, deploy, use, upgrade, redeployment and decommission for virtual and physical assets.
Conduct software licensing concepts and models, contracts and license agreements, data analysis, compliance, purchasing processes, process analysis, mapping and documentation, auditing procedures.
Analyzed complex data for optimization, assessed compliance impacts and implement remediation.
Perform software purchase in SAP Ariba.
Managed software vendor portals for licenses keys and subscriptions for various vendors (SAP, Adobe, Microsoft, VMware).
Conduct renewals for various software products.
Conduct software entitlement data migrations into ServiceNow.
Conduct software harvesting for software products (SAP, Adobe, Microsoft, VMware).
Conduct prescreen job panel interviews with potential candidates.
ServiceNow UATs for ServiceNow SAMPro implementation.

**Software QA (Quality Assurance) Tester (Certified Agile Scrum Master)**
Conduct functional, regression, acceptance and usability testing. Report bugs in defect systems.
Analyze, design, code, test, configure and modify software programs or enhancements.
Develop and execute software QA (Quality Assurance) test plans and test cases for functionality of software programs.
Interface with internal and external clients to define system requirements and/or necessary modifications.
Conduct pre-release O365 code testing and issue evaluating concepts to Microsoft O365 Design Research Engineering team.
Conduct proof of concept (POC) testing and provide feedback for new systems and programs.

**Business System Analyst, Endpoint Engineering**
Software packaging and deployment through use of client automation agent tool (electronic software distribution) to end users.
Develop RACI Matrix and technical process documents.  Write custom SQL queries (Oracle based) and stored procedure.
Map, manipulate, sort, aggregate, validate and normalize complex data (vlook-ups and pivot tables).
Assess and automate current manual business process models through IT Automation Tool implementation.

**Certified SharePoint Administrator (IT System Administrator)**
Manage SharePoint site permissions for users, security groups, sites, subsites, pages, list/libraries and content repositories within site collection.
Oversee and manage application roles and permissions for multiple client portals.
Effective management and support of multiple shared mailboxes accounts.

**IBM, International Business Machines: Atlanta, GA, USA**
November 1999 – August 2013

**Software and Hardware Asset Manager**
Performed procurement duties and supplier relationships. Created requisitions and purchase orders.
Performed software license management through software contracts, maintenance renewals, entitlements and complex vendor licensing models.
Validated software entitlements, license metrics and license types.

Plaintiff Exhibit B

Alisa Bettis Resume

Performed hardware and software lifecycle tracking from request, deploy, use, upgrade, redeployment and decommission.
Established processes for tracking and compliance of internal and third-party software licensing vendors.

**IT Technical Lead**
Lead data conversion, system interfaces, data cleansing, data archiving for migration of 11 independent IT environments.
Implemented technical standards and design patterns.
Escalated issues and performed change control.
Worked closely with application support groups for post go-live support.
Developed strategic plan for resource management staffing and skills development of technical staff.

**Software Implementation Analyst (Application Lead)**
Worked on global new business and transition projects. Reengineered processes. Analyzed impacts and performed change management.
Ensured deployments of new applications or upgrades are planned and carried out correctly.
Provided software training, UAT testing, and support during the implementation cycle.
Identified project deliverables. Developed technical solutions documentation, custom reports and project costs to meet customer requests.
Transferred knowledge to global delivery teams and clients to build solutions to meet customer requirements timely.

**Earlier Positions:**
**Software Support Manager (IT Operations Manager)** – Managed day-to-day IT operations for Global Service desk software solutions.
Recruit, train, monitor trends and ensure SLAs are met. Analyzed impacts and performed change management.
**Instructional Designer (Developer)** - Designed and deployed courseware in line with client specifications.
**Technical Writer (Documentation Specialist)** - Developed release bulletins, manuals and technical publications.
**Technical Support Engineer** - IT Help desk support Level 1 & 2 by voice, remote, email and web to 100K users.

**TRAINING / CERTIFICATION**
Certified Agile Scrum Master (CSM)
Certified Software Asset Manager (CSAM)
Certified SharePoint Administrator (MCSA)
Certified IBM Project Management
Certified Helpdesk (HDI)
Software QA (SQA)
Security Clearance (State Level, Georgia)
HIPPA Compliance
ITIL Foundation

**AFFILIATION / AWARDS**
Alpha Lambda Delta Honor, IBM Global Bravo Award, IBM Project Management University, Women in Engineering & Technology, Microsoft Virtual Academy, The International Association of Information Technology Asset Managers, Inc. (IAITAM) Scaled Agile

**EDUCATION**
**Bachelor of Science in Chemical Engineering**
**Master of Science in Technology GPA: 4.0**
North Carolina Agricultural & Technology State University, Greensboro NC

Plaintiff Exhibit C

Workday Employee Profile Job Title



Plaintiff Exhibit D

Meeting Declined by Brice Challamel

Brice Challamel declined my meeting request.

-----Original Appointment-----

From: Brice Challamel

<Brice.Challamel@modernatx.com>

Sent: Sunday, April 23, 2023 10:37 PM

To: Alisa Bettis

Subject: Declined: Alisa & Brice (1:1)

When: Monday, April 24, 2023 12:30 PM-1:00 PM

(UTC-05:00) Eastern Time (US & Canada).

Where: Microsoft Teams Meeting

Plaintiff Exhibit E

HR Complaint Number 0017058



Plaintiff Exhibit F

Retaliation Email Notification



<u>Plaintiff Exhibit G</u>

Data Security Meeting Request



Plaintiff Exhibit G

Pelosi Text Message to Plaintiff to check
personal email from Amy Virgilio

July 19, 2023



Plaintiff Exhibit I

Q2 Performance Review Rebuttal



**Q2 Performance Evaluation Rebuttal for Alisa Bettis**

7/18/2023
To: Laura Pelosi, Sr. Director, Moderna
From: Alisa Bettis, IT Manager, Moderna

Subject: Rebuttal 2Q Quarterly Connect Performance Review Issued on July 13, 2023

This letter serves as a formal response to the recent 2Q Quarterly Connect performance review you gave me on July 13, 2023. I respect the feedback and I want to discuss several of the points made. I would like to respectfully rebuttal this performance review. You have made several false statements in my performance review that were untrue, misleading and defamatory. This is unethical and unacceptable.

I have been in IT leadership for 25 years and have never received the lowest rating. Additionally, I have always received high contributor ratings as an IT Leader throughout my career. Moreover, I bring a wealth of knowledge through my work experience and my education background in Engineering and IT as a degreed graduate.

In the second part of this rebuttal, I will provide factual details of my work. There is an obvious disconnect in your leadership style and assessment process of my work as an IT Manager at Moderna.

Please elaborate on how these factual details got missed or overlooked when these project assignments were requested by you during our weekly 1on1 meetings that you hosted. I respectfully request that your response to this rebuttal will be in writing. To support your assertions kindly offer facts.

You originally stated that I have "no tangible contributions".

See supporting rebuttal responses to my Q2 Performance review below.

Total number of Software Approvals Reviewed and Completed = 833

Total number of IT Procurement and Software Enhancements = 78

IT Procurement Software and Hardware ModernaBuy Ariba Purchase Orders Completed = 200

Total Moderna Learning Modules Completed = 69

Plaintiff Exhibit I

Q2 Performance Review Rebuttal

7/18/2023
To: Laura Pelosi, Sr. Director, Moderna
From: Alisa Bettis, IT Manager, Moderna

Subject: Rebuttal 2Q Quarterly Connect Performance Review Issued on July 13, 2023

Completed Daily Software Escalations.

Completed Daily Software Leadership and support to 2 Software Support team consisting of a team of two.

Conducted and effectively lead Software Entitlement Meetings and provided weekly updates on progress made on this project in which there were no deadlines proposed by you and you had no objections.

Worked numerous hours overtime and during vacation days (i.e., Worked 12 hours on Friday May 12, 2023, from 6am-6pm for 8 Hardware Purchase Orders and 2 Software License Purchase Orders. Recent vacation Days worked June 22, 2023, June 27, 2023, and July 5, 2023.)

Completed development and continuously maintained scalable software business process model for architecture designs in Signavio tool.

In regard to this rebuttal, It would be unproductive for me to respond to numerous inaccuracies in this review and other prior incidents. I have stated in this email that I feel the assessment is retaliatory, biased and discriminatory based on my filing a complaint with HR prior to this evaluation.

For the record I was never placed on a Moderna 90-Day Probation Period or any type of Performance Improvement Plan, According to Moderna's Coach and Counseling process. I have not received a Q1 Evaluation and now nine months later I am being given an inaccurate explanation of my work performance. Titled Q2 Performance Evaluation.

In conclusion, based on my own self-evaluation specified above, I am a strong contributor and a great asset to the progress of the teams at Moderna. Therefore, I am requesting that you withdraw this evaluation from my record due to biases on your part, and I am demanding that my performance evaluation be done over and conducted by a neutral Senior Manager. I will be anticipating a positive resolution.

Respectfully,

Alisa Bettis

IT Manager

<u>Plaintiff Exhibit I</u>

Q2 Performance Review Rebuttal

Software Support Team Performance Feedback on
Plaintiff role as IT Manager





Plaintiff Exhibit J

Termination Notification to Plaintiff's Personal
Email Address

Please read - Confidential - Separation Agreement   Gmail/Moderna x                                              ⇕   🖨   ☑

**Amy Virgilio** <Amy.Virgilio@modernatx.com>                                            🕮 Jul 19, 2023, 2:44 PM (3 days ago)   ☆   ↩   ⋮
to me, Amy ▾

Hi Alisa,

I am writing you at your personal email address given our inability to connect with you live on several occasions.

As you know, your manager Laura Pelosi planned a conversation with you yesterday (7/18) to discuss your performance and your Q2 Quarterly Connect. You proposed a new time for tomorrow – but Laura is unavailable Thursday and Friday this week, as her calendar indicates. She adjusted the meeting to today at a time that was open on your calendar, and you did not accept, nor did you respond to her email reminder. Laura and I joined the call at 2:00pm EDT and messaged you on Teams to check in, all with no reply.

The purpose of the meeting was to inform you that your employment is terminated for ongoing and unremedied performance-based concerns that have been discussed in both your Q1 and Q2 reviews. We are immediately removing access to all Moderna systems, including your badge immediately. No further work is expected/required.

I will be sending you a box for the return of all Moderna property, including but not limited to your badge, iPhone, and laptop.

Please let me know if you have any personal items that need to be returned to you and I will make arrangements to do so.

**To recap:** today will be your last day actively working, and you will be paid through Friday 7/21/2023 – and you will receive your last paycheck via direct deposit on that date.

I have attached a separation agreement and exit packet for your review. You have up to 21 days to review and return the agreement back to me with your signature. Once I receive this back, I will process the separation payment as a lump sum to be paid on the next payroll cycle date.

Please do reach out if you have any questions. I would be happy to review the agreement/questions via phone or email. Email me and we can set up a time to connect.

I wish you the best,
Amy

**Amy Virgilio** (she/her)
Director, Human Resources Business Partner – G&A | Moderna
modernatx.com



Witness Statement: Lorenzo Soto

My name is Lorenzo Soto. I have known Alisa Bettis for 6 years we have lived together for 5 of those years. On or around April 2023 to July 2023, Lisa began to become very emotional about her experiences she was having with her manager Laura Pelosi. She was losing sleep at night. She was waking up at 2,3,4 o'clock in the morning crying about her job and about how she was being ostracized by her manager, talked down to, belittled and discriminated against. She explained how her manager was holding her to a different standard than the other managers on her level. Alisa finally began to see a Therapist during this time. Alisa had lost her appetite and her interest in her daily life. The toxicity that she was experiencing at work had her depressed and distraught about herself and her future. I have been through many instances where Alisa explained how she felt like the actions of her manager were personal and not professional. Alisa has been in the IT industry for many years and has not ever had a performance issue at work in the 6 years I have known her. She has always maintained a professional attitude toward her work and superiors. Alisa cries uncontrollably at times when discussing the treatment that she was going through at work and how it was unfair and unwarranted and why was her manager doing this to her on a repeated basis. When Alisa decided to file a whistle blower complaint with HR about the biased treatment and disrespect she was subjected to by her Manager. Her manager Laura Pelosi and HR Business Partner Amy Virgillio began to retaliate against her for exercising her protected activity. Things got really bad as far as Alisa's mental and emotional state. The methods that were being used to convince Alisa to stop pursuing her claims of discrimination were toxic .

**Notary Acknowledgement**

State of ___Georgia___

County of ___Forsyth___

I confirm under PENALTY OF PERJURY under the laws of the State of ___Georgia___ that all information in this document is accurate and true.

Witness Signature: _____

Date Signed: ___10/24/23___

Notary Signature: _____

Date Signed: ___10/24/2023___

## Plaintiff Exhibit L

## Emotional Distress Therapist Statement

10/24/2023

To Whom It May Concern:

I have been seeing Alisa Bettis for individual therapy sessions since June 29, 2023 through the present time. During the course of Alisa's therapy sessions, Alisa has disclosed a rapid deterioration in her daily functioning including severe depression, anxiety, poor sleep and appetite. Alisa disclosed this deterioration started in April 2023 when her Manager @ Moderna started making racial comments towards Alisa in the workplace. Alisa reported to Moderna that she was being treated differently by her Caucasian Manager than her Caucasian colleagues were treated. Alisa disclosed in our sessions that her Manager intimated Alisa by making racially derogatory comments towards Alisa. In my professional opinion, Alisa's daily functioning & emotional well-being rapidly deteriorated while under the Supervision of above Manager @ Moderna.

Thank you very much.

Sincerely,

*Maurisa Brodsky Versel, LPC 10/24/2023*

Maurisa Brodsky Versel, LPC
Licensed Professional Counselor

Powers Ferry Psychological Associates, LLC
1827 Powers Ferry Rd. Bldg 22, Ste. 200
Atlanta, GA 30339
P: 770-953-4744 x65
Fax: 770-956-4640